JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-162-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER EXTEND THE PRETRIAL MOTIONS DEADLINE |
| ANDREW UYEKI, | ) | |
| Defendant. | ) | |

THE COURT has considered the stipulated motion of the parties to extend the pretrial motions deadline and all the relevant records and files in this case.

IT IS NOW ORDERED that the pretrial motions deadline is extended from November 2, 2023, to November 9, 2023.

DONE this 2nd day of November 2023.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Andrew Uyeki

ORDER TO EXTEND THE
PRETRIAL MOTIONS DEADLINE
(*U.S. v. Uyeki,* CR23-162-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100